Form 3A
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Darlene R. Mazzio
Debtor

Case No. 07-72052
Chapter 13

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __274.00__ in installments.

2. I am unable to pay the Filing Fee except in installments.

3. Until the filing fee is paid in full, I will not make any payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

| $ | 68.50 | Check one | ☐ | With the filing of the petition, or |
|---|---|---|---|---|
|   |       |           | ☑ | On or before |
| $ | 68.50 | on or before | | |
| $ | 68.50 | on or before | | |
| $ | 68.50 | on or before | | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 3 0 2007
KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay an installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  8/29/07          _____  8/29/07
Amy L. Wishart                            Darlene R. Mazzio
Signature of Preparer    Date             Signature of Debtor    Date
                                          (In a joint case, both spouses must sign.)

Amy L. Wishart, 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
Name of Preparer

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept money or any other property from the debtor before the filing fee is paid in full.

**Amy L. Wishart**                                    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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs the document.*

Form 3A Contd.
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Darlene R. Mazzio
_____,
Debtor

Case No.  _____

Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ 68.50   Check one   ☐ With the filing of the petition, or
                                ☑ On or before  _____

$ _____ 68.50   on or before  _____

$ _____ 68.50   on or before  _____

$ _____ 68.50   on or before  _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Date  Aug. 30, 2007

BY THE COURT
KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

_____
United States Bankruptcy Judge